SINGER MFG. CO. v. ADAMS, State Revenue Agent, et al.

(Circuit Court of Appeals, Fifth Circuit. February 21, 1911.)

No. 1,972.

APPEAL AND ERROR (§ 14*)—JUDGMENTS REVIEWABLE—DECREE ENTERED PURSUANT TO MANDATE.
    A Circuit Court of Appeals will not entertain an appeal from a decree entered in accordance with its mandate by a Circuit Court.
    [Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 48-58; Dec. Dig. § 14.*]

Appeal from the Circuit Court of the United States for the Southern District of Mississippi.

Suit in equity by the Singer Manufacturing Company against Wirt Adams, State Revenue Agent of Mississippi, and others. Decree for defendants, and complainant appeals. On motion to dismiss appeal. Motion sustained.

See, also, 165 Fed. 877, 91 C. C. A. 461.

C. H. Alexander and Chalmers Alexander; for appellant.

J. B. Harris, for appellees.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

PER CURIAM. This case has been heard and submitted on a motion to dismiss the appeal, as well as upon the merits.

In Merrill v. National Bank of Jacksonville, 78 Fed. 208, 24 C. C. A. 63, this court held, upon full authority, that an appeal to this court from a decree of the Circuit Court entered in accordance with our mandate upon a previous appeal will be dismissed, even though an appeal may be taken to the Supreme Court. An examination of Merrill v. National Bank of Jacksonville, 173 U. S. 131, 19 Sup. Ct. 360, 43 L. Ed. 640, shows that our action in that case was sanctioned by the Supreme Court, if not formally approved. In the present case we find that the decree appealed from is one entered in accordance with our mandate on a previous appeal.

The motion is therefore sustained, and the appeal is dismissed.